UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CRYSTAL SCRIPPS MCKELLAR, | Case No. 19-cv-07314-CRB (LB) |
| Plaintiff, | |
| v. | **DISCOVERY REFERRAL ORDER** |
| MITHRIL CAPITAL MANAGEMENT LLC, et al., | Re: ECF No. 138 |
| Defendants. | |

The district judge referred all discovery matters to the undersigned.[1] No discovery dispute is pending (although there may be an issue about the timing of discovery given the pending motions to compel arbitration and for a preliminary injunction (now calendared for February 28, 2020)). To the extent that the parties have a dispute encompassed by the referral at ECF No. 41, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General >

---

[1] Order of Reference, ECF No. __. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 19-cv-07314-CRB (LB)

1    Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether
2    future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: January 31, 2020

_____
LAUREL BEELER
United States Magistrate Judge