# Exhibit 11

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 23 03:32:30 EDT 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# ANATHEM

| | |
|---|---|
| **Word Mark** | **ANATHEM** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: venture capital services, namely, providing financing to emerging and start-up companies |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88509150 |
| **Filing Date** | July 11, 2019 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) McKellar, Crystal INDIVIDUAL UNITED STATES 2269 Chestnut Street, #622 San Francisco CALIFORNIA 94123 |
| **Attorney of Record** | Julia Spoor Gard |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

---

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |