EVERSHEDS SUTHERLAND (US) LLP
Ian S. Shelton (SBN 264863)
ianshelton@eversheds-sutherland.com
500 Capitol Mall, Suite 1750
Sacramento, California 95814
Telephone:   (916) 844-2965
Facsimile:    (916) 241-0501

Attorneys for Plaintiff Crystal McKellar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRYSTAL SCRIPPS MCKELLAR, | CASE NO. 3:19-cv-07314-CRB |
|---|---|
| Plaintiff, | **STATUS REPORT AND NOTICE OF DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| vs. | |
| MITHRIL CAPITAL MANAGEMENT LLC, MITHRIL GP EMPLOYEE FEEDER LLC, and AJAY ROYAN, | |
| Defendants. | |

In response to the Court's order requesting a status report by September 16, 2022 (Docket Entry 68), plaintiff reports that the matter has settled.

To the extent the matter remains pending in this Court, plaintiff files the present notice of dismissal and hereby requests dismissal of the action and closure of the case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:   June 3, 2022                    EVERSHEDS SUTHERLAND (US) LLP

                                         By */s/ Ian S. Shelton*
                                            Ian S. Shelton

                                            Attorneys for Plaintiff Crystal McKellar